**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANK WINDHAM, SR.,**

        **Plaintiff,**

-vs-                              **Case No. 6:10-cv-1372-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Plaintiff's Notice of Intent Not to File an Amended Complaint (Doc. No. 9) filed November 30, 2010. The United States Magistrate Judge has submitted a report recommending that this case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 2, 2010 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed without prejudice due to Plaintiff's failure to comply with the Court's November 15, 2010 Order (Doc. No. 6).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3rd__ day of January, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge